Plaintiffs' Memorandum Of Law In Opposition To The PRL Parties' Motion For A Preliminary Injunction
FILED UNDER SEAL
in accordance with the Protective Order signed by the
Hon. Robert W. Sweet, USDJ
on May 5, 2010.

**BAKER & HOSTETLER LLP**
Gerald Ferguson (0370)
George A. Stamboulidis (0240)
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
gferguson@bakerlaw.com
gstamboulidis@bakerlaw.com

*Attorneys for Plaintiffs United States Polo Association, Inc., and USPA Properties, Inc.*

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES POLO ASSOCIATION, INC., and USPA PROPERTIES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PRL USA HOLDINGS, INC., and L'OREAL USA, INC., <br><br> Defendants. | CIVIL ACTION NO. 09 CV 9476 (RWS) |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE PRL PARTIES' MOTION FOR A PRELIMINARY INJUNCTION**