UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES POLO ASSOCIATION, INC., and USPA PROPERTIES, INC.,

    Plaintiff,

-against-

PRL USA HOLDINGS, INC., and L'OREAL USA, INC.,

    Defendants.

---

PRL USA HOLDINGS, INC., and L'OREAL USA, INC.,

    Counterclaimant,

-against-

UNITED STATES POLO ASSOCIATION, INC., and USPA PROPERTIES, INC.,

    Counterclaim-Defendants.

Case No.09 CV 9476 (RWS)

## DECLARATION OF WILLIAM R. GOLDEN, JR.

WILLIAM R. GOLDEN, JR. declares under penalty of perjury pursuant to 28 U.S.C. §1746 that:

1.    I am a partner with the law firm of Kelley Drye & Warren LLP, attorneys for Defendant/Counterclaimant PRL USA Holdings, Inc. ("PRL").

2.    I submit this declaration in support of PRL's joinder in the Reply Memorandum in Support of its Motion for Attorney Fees Pursuant to 15 U.S.C. § 1117 (the "Reply") filed by Defendant/Counterclaimant L'Oreal USA, Inc. ("L'Oreal").

3.       PRL incorporates by reference the Reply and its supporting papers and seeks the same relief as L'Oreal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of December 2011
New York, New York

                                              */s/ William R. Golden, Jr.*
                                              William R. Golden, Jr.